# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SARAH JEAN DUGLAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF ALABAMA DEPARTMENT )<br>OF MENTAL HEALTH AND MENTAL )<br>RETARDATION, *et al.* )<br>)<br>Defendants. ) | Civil Case No.: CV-04-415-BH-B |

## JUDGMENT

Pursuant to the Order entered this day, granting Defendant's motion for summary judgment, it is

**ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be entered in favor of the Defendants, State of Alabama Department of Mental Health and Mental Retardation, Searcy Hospital, Melcina Russell and Lydia Williams, and against the Plaintiff Sarah Jean Douglas, the Plaintiff to have and recover nothing of the Defendant.

**SO ORDERED** this 14th day of June, 2005.

s/ W. B. Hand<br>
SENIOR DISTRICT JUDGE